**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-01925-REB-MJW

AUTUMN HYSER,

      Plaintiff,

v.

CIGNA CORPORATION d/b/a CIGNA GROUP INSURANCE, and
LIFE INSURANCE COMPANY OF NORTH AMERICA,

      Defendants.

---

**ORDER DISMISSING
DEFENDANT CIGNA CORPORATION d/b/a CIGNA GROUP INSURANCE ONLY**

---

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulation For Dismissal Without Prejudice** [#6] filed October 24, 2008.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant CIGNA corporation d/b/a CIGNA Group Insurance should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal Without Prejudice** [#6] filed October 24, 2008, is **APPROVED**;

      2.  That plaintiff's claims against defendant CIGNA corporation d/b/a CIGNA Group Insurance are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant CIGNA corporation d/b/a CIGNA Group Insurance is

**DROPPED** as a named party to this action, and the case caption is amended

accordingly.

Dated October 27, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**